JS-6

Steven E. Weinberger (CA SBN 132562)
Diego F. Brito (Pro Hac Vice)
**KELLY LAW TEAM PLLC**
1 E. Washington St., Ste 1520
Phoenix, AZ 85004
steve.weinberger@kellylawteam.com
courtdocs@kellylawteam.com
Tel: (602) 283-4122
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKTOR CUSTIC, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HERTZ VEHICLES, LLC, a Delaware limited liability company; HENKEL AG & CO. KGAA, a German limited partnership; HENKEL CONSUMER GOODS INC., a Delaware Corporation; HENKEL CORPORATION, a Delaware corporation; HENKEL US OPERATIONS CORPORATION, a Delaware corporation; LAURA AUDREY MARIE NASSAR, an individual; and DOES 1-20,<br><br>Defendants. | CASE NO.: 5:25-cv-02888-KK (DTBx)<br><br>~~PROPOSED~~ **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Hon. David T. Bristow |

The Court, having reviewed the Stipulation of Dismissal with Prejudice filed by Plaintiff Viktor Custic and Defendants Hertz Vehicles LLC, Schwarzkopf SAS, and Laura Audrey Marie Nassar, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing therefor, hereby ORDERS as follows:

1. The above-captioned action is dismissed with prejudice in its entirety as to all claims and all parties.

2. Each party shall bear its own attorneys' fees and costs.

3. The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: May 19, 2026

_____

Hon. David T. Bristow